No. 3800.—El Pueblo, apldo., v. Bejares, aplte.—C. D. Ponce. ▮▮▮▮▮▮▮ Junio 19, 1929. En apelación procedente de una corte municipal, la de distrito de Ponce impuso al apelante un año y seis meses de cárcel por el delito de hurto de uso. En el presente recurso no existe transcripción de evidencia ni exposición del caso, y el apelante ha presentado un escrito en que pide benevolencia y manifiesta que no ha podido presentar la transcripción por ser insolvente. El Tribunal Supremo, no pudiendo entrar en el examen de hechos que no se presentan en forma legal, y ajustándose la sentencia apelada a la ley procesal y a la penal, la confirmó.